SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MOISES VILLALOBOS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALL CITY CAPITAL LLC; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:23-cv-08301 JAK (Ex)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: January 29, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10B<br><br>Honorable Judge John A. Kronstadt |

   To Defendant ALL CITY CAPITAL LLC and the attorneys of record, if any: Please take notice that on January 29, 2024, at 8:30 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 W. First Street, Los Angeles, California, Plaintiff MOISES VILLALOBOS will present Plaintiff's motion for default judgment against Defendant ALL CITY CAPITAL LLC. The Clerk has previously entered the default on said Defendant on December 13, 2023 (Dkt. #16).

   At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant ALL CITY CAPITAL LLC is not a minor or incompetent person

or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant ALL CITY CAPITAL LLC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $2,887.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant is readily accessible to and usable by individuals with disabilities at the property located at or about 631 W. Ave. J, Lancaster, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant ALL CITY CAPITAL LLC on January 16, 2024 by first class United States Mail, postage prepaid.

Dated: January 16, 2024         **SO. CAL. EQUAL ACCESS GROUP**


                                By:     /s/ Jason J. Kim_____
                                        Jason J. Kim, Esq.
                                        Attorneys for Plaintiff